IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL JESUS MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:16-CV-58-WKW |
| ) | (WO) |
| OFFICER MIKE (CPL) DOTSON, *et* ) | |
| *al.*, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| DANIEL JESUS MARTIN, # 278226, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:16-CV-245-WKW |
| ) | (WO) |
| LT. MICHAEL BRYAN, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| DANIEL JESUS MARTIN, # 278226, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:16-CV-334WKW |
| ) | (WO) |
| OFFICER MIKE (CPL) DOTSON, *et* ) | |
| *al.*, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

On October 12, 2016, the Magistrate Judge filed a Recommendation (Doc. # 72) to which no objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 72) is ADOPTED;

2. Plaintiff's motion to dismiss Defendants Olson, Bruhn, and Buggs is GRANTED pursuant to Fed. R. Civ. P. 41(a);

3. Plaintiff's claims against Defendants Olson, Bruhn, and Buggs are DISMISSED without prejudice;

4. There being no other claims pending against them, Defendants Olson, Bruhn, and Buggs are DISMISSED from this case; and

5. This case is referred back to the United States Magistrate Judge for further proceedings.

DONE this 9th day of November, 2016.

　　　　　　　　　　　　　　　　　　 /s/ W. Keith Watkins  
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE