IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DANIEL JESUS MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 1:16-cv-58-ECM |
| | ) | [WO] |
| OFFICER MIKE (CPL) DOTSON, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| DANIEL JESUS MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 1:16-cv-245-ECM |
| | ) | [WO] |
| LT. MICHAEL BRYAN, | ) | |
| | ) | |
| Defendants. | ) | |

## **OPINION and ORDER**

On January 29, 2019, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 98). After an independent and *de novo* review of the record, and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

(1) The Recommendation of the Magistrate Judge (doc. 98) be and is hereby ADOPTED.

(2)  The defendants' motion for summary judgment (doc. 86) be and is hereby GRANTED.

(3)  Judgment is GRANTED in favor of the Defendants.

(4)  This case be and is hereby DISMISSED without prejudice as Plaintiff's claims are not properly before the court in this action.

(5)  Costs are taxed against Plaintiff for which execution may issue.

An appropriate Final Judgment will be entered.

DONE this 12th day of March, 2019.

      /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE